# Court of Appeals
# of the State of Georgia

ATLANTA,  February 13, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1238.  ROGER DAY v. TERRY E. BERNARD.**

On December 23, 2019, this Court granted Roger Day's application for discretionary appeal from the trial court's order denying his request to proceed *in forma pauperis*.  See Case No. A20D0219.[1]  The order instructed Day to file a notice of appeal within ten days of the date of the order. See OCGA § 5-6-35 (g). Day filed his notice of appeal on January 8, 2019, which was 16 days after the entry of the order.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *White v. White,* 188 Ga. App. 556, 556 (373 SE2d 824) (1988). Because Day failed to file a notice of appeal within ten days of our order granting his discretionary application, the notice of appeal is untimely. Accordingly, this appeal is DISMISSED for lack of jurisdiction. See OCGA § 5-6-48 (b) (1); *Barnes v. Justis,* 223 Ga. App. 671, 672 (478 SE2d 402) (1996).



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,  02/13/2020
        I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] This Court previously granted Day's application from a trial court order denying his filing of an *in forma pauperis* mandamus complaint in this same case. See Case No. A20D0085 (October 15, 2019).  Day's direct appeal from the grant of his application remains pending in this Court. See Case No. A20A1019.